# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-1014 PA (Ex) | Date | February 27, 2009 |
|---|---|---|---|
| Title | Andy Medina v. Hartford Life & Acc. Ins. Co. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

     Before the Court is the First Amended Complaint filed by plaintiff Andy Medina ("Plaintiff") on February 26, 2009.  The First Amended Complaint makes no allegations concerning venue, nor does it provide the facts necessary to establish personal jurisdiction over defendant Hartford Life & Accident Insurance Company ("Defendant") in the Central District of California or to otherwise satisfy the requirements for venue under 28 U.S.C. § 1391.  Indeed, because the First Amended Complaint alleges that Plaintiff resides in Kern County, and that the insurance policy at issue was purchased through the Kern Unified School District Federal Credit Union, it appears that the Eastern District of California, and not the Central District of California, is the proper venue for this action.  The Court therefore orders Plaintiff to show cause in writing by March 9, 2009, why this action should not be transferred to a more convenient forum or dismissed for improper venue.  See 28 U.S.C. §§ 1404, 1406.

     Plaintiff is ordered to personally serve a copy of this Order on Defendant within three (3) court days of the date of this Order or at the time of service if Defendant has not been served.

     IT IS SO ORDERED.